

**NUMBER 13-12-00232-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF B.R., A CHILD

---

On appeal from County Court at Law No. 5
of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, the Texas Department of Family and Protective Services, perfected an appeal from a judgment rendered on March 22, 2012 by the County Court at Law No. 5 of Nueces County, Texas, in trial court cause number 2010-FAM-62131-5. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the trial court has since rendered a modified judgment that "obviates the need to continue to prosecute this appeal."

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a)(1). Accordingly, appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
3rd day of May, 2012.